IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARYL VONDRA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **GOODYEAR TIRE AND RUBBER COMPANY,** | ) | **8:07CV85** |
| | ) | |
| Third-Party Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **BARTON SOLVENTS INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the file,

**IT IS ORDERED:**

1. Plaintiff's motion for enlargement of time [26] is granted. Plaintiff is given until and including **April 27, 2007** to file a brief in opposition to the Motion to Dismiss [20] filed by Shell Oil Company, Union Oil Company of California, Chevron U.S.A., Inc., and Shell Chemical L.P.

2. Counsel are reminded that, per Filing [13], they must notify the Clerk's Office no later than **April 30, 2007** whether they consent to the assignment of this case to the magistrate judge, or whether they opt to have the case reassigned to a district judge of the Court. If all parties consent, the case will remain with the undersigned magistrate judge, pursuant to 28 U.S.C. § 636(c)(1). If any party elects to have the case reassigned to a district judge of the Court, a reassignment order will be entered immediately after the court is so notified.

**DATED March 29, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**