IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra,<br><br>        Plaintiff,<br><br>    v.<br><br>GOODYEAR TIRE & RUBBER,<br><br>        Third Party Plaintiff,<br><br>    v.<br><br>CHEVRON U.S.A. INC., et al,<br><br>        Defendants. | No. CV: 8:07-cv-85<br><br>**DEFENDANT UNOCAL CORPORATION'S CORPORATE DISCLOSURE** |

COMES NOW Union Oil Company of California, doing business as Unocal Corporation ("Unocal"), through its undersigned counsel, and hereby submits the following statement of its corporate interests and affiliations pursuant to Federal Rule of Civil Procedure 7.1 for the use of the judges of this Court:

1.      Unocal is incorporated in Delaware with its principal place of business in California.  Unocal is a wholly owned subsidiary of Chevron Corporation.

2.      Chevron Corporation was originally incorporated in Delaware as Standard Oil Company of California on January 27, 1926 and is a publicly traded corporation.  Chevron Corporation was known as ChevronTexaco Corporation between 2001 and 2005.

Dated this 19th day of April, 2007.

                                        UNOCAL CORPORATION, Defendant


                                        By: s/Janice Holmes
                                            Robert M. Slovek #17798
                                            Janice Holmes #23525
                                            Kutak Rock LLP
                                            The Omaha Building
                                            1650 Farnam Street
                                            Omaha, NE  68102-2186
                                            (402) 346-6000

                                            and

                                            Larry Chilton, *pro hac vice*
                                            Courtney D. Carter, *pro hac vice*
                                            Chilton Yambert Porter & Young LLP
                                            150 South Wacker Drive, Suite 2400
                                            Chicago, IL 60606
                                            (312) 460-8000


## CERTIFICATE OF SERVICE

This certifies I electronically filed this **DEFENDANT UNOCAL CORPORATION'S CORPORATE DISCLOSURE** with the Clerk of Court using the CM/ECF system to the following participants this 19th day of April, 2007:

William R. Johnson, Esq.     wjohnson@ldmlaw.com

Gary J. Nedved, Esq.     GJNedved@keatinglaw.com

Rodney J. Rehm, Esq.     rodrehm@rehmlaw.com

Walter E. Zink, II, Esq.     wzink@baylorevnen.com

Anne E. Winner, Esq.     aew@keatinglaw.com

Wesley A. Weathers, Esq.     wes@wrslaw.net

George P. Pappas, Esq.     gpappas@sswpc.com

Donald P. Dworak, Esq.  ddworak@stinson.com


       This certifies the undersigned attorney has caused service of the **DEFENDANT UNOCAL CORPORATION'S CORPORATE DISCLOSURE** to be made pursuant to FED. R. CIV. P. 5(b) and (d) by mailing by ordinary first-class mail, postage prepaid, to the last known address of the following attorneys representing parties to this action, on this 19th day of April, 2007:

       Rishi Agrawal, Esq.
       EIMER STAHL KLEVORN & SOLBERG LLP
       223 South Michigan Avenue
       Suite 1100
       Chicago, IL 60604
       (312) 660-7600




                              By   s/ Janice Holmes
                                 _____