IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV85 |
| v. | ) ) | ORDER |
| GOODYEAR TIRE & RUBBER COMPANY, | ) ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) ) | |
| BARTON SOLVENTS, INC., et al., | ) ) | |
| Defendants. | ) | |

This order is before the court on the Motion Of Defendant Barton Solvents, Inc. To Extend Its Deadline For Serving Rule 26 Disclosure (Filing No. 77).  The defendant requests an extension of fourteen days or until November 15, 2007 to serve its Rule 26(a) disclosures.  Counsel for the defendant states that the plaintiff does not have any objection to this motion.  The court finds that the motion should be granted and defendant Barton Solvents, Inc. is allowed an additional 14 days, **or until November 15, 2007**, in which to serve its Rule 26(a) disclosures.

**IT IS SO ORDERED**.

Dated the 31st day of October, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge