IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:07CV85 |
| v. | ) ) | |
| CHEVRON U.S.A., INC., SHELL CHEMICAL L.P., SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, MCKESSON CORPORATION, a foreign corporation, BARTON SOLVENTS, INC., CITGO PETROLEUM CORPORATION, and GOODYEAR TIRE AND RUBBER, Company, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the motion to dismiss third-party plaintiff Goodyear Tire and Rubber Company without prejudice. Filing No. 85. The court has carefully reviewed the record and finds there are no objections. Accordingly, the court finds this motion should be granted.

THEREFORE IT IS ORDERED that the motion to dismiss third-party plaintiff Goodyear Tire and Rubber Company without prejudice is granted. Filing No. 85.

DATED this 22nd day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge