**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **CARYL VONDRA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV85** |
| vs. ) | |
| ) | **ORDER** |
| **BARTON SOLVENTS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on February 15, 2008.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **March 4, 2008, at 2:00 p.m.**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 15th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge