**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **CARYL VONDRA, et al.,** )<br>)<br>    **Plaintiffs,** )<br>)<br>    vs. )<br>)<br>**CHEVRON U.S.A., INC., et al.,** )<br>)<br>    **Defendants.** ) | **8:07CV85**<br><br>**ORDER** |

This matter is before the court following a telephone conference with counsel for the parties on March 4, 2008.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **July 11, 2008, at 10:00 a.m.**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 8th day of April, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge