IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra,<br><br>WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers,<br><br>COREY ILG, Personal Representative of the Estate of Duane Ilg,<br><br>           Plaintiffs,<br><br>    v.<br><br>BARTON SOLVENTS INC. CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL CORP.,<br><br>           Defendants. | No. CV: 8:07-cv-85<br><br>**DEFENDANT SHELL CHEMICAL COMPANY'S SUPPLEMENTAL CORPORATE DISCLOSURE** |

COMES NOW Shell Chemical LP, doing business as Shell Chemical Company ("Shell Chemical"), through its undersigned counsel, and hereby submits the following supplemental statement of its corporate interests and affiliations pursuant to Federal Rule of Civil Procedure 7.1, for the use of the judges of this Court:

1.   Shell Chemical is a Delaware limited partnership whose General Partner is Shell Oil Company and whose Limited Partner is SCOGI, L.P.

2.   SCOGI, L.P. has the following partners:

    a.  Shell Oil Company, a Delaware corporation with its principal place of business in Houston, Texas;

    b.  Shell Offshore & Chemical Investments Inc., a Delaware corporation with its principal place of business in Houston, Texas; and

    c.  SWEPI LP, a Delaware limited partnership with its principal place of business in Houston, Texas.

3.    SWEPI LP has the following partners:

    a. Shell Energy Holding GP LLC, a Delaware limited liability company with its principal place of business in Houston, Texas; and

    b. Shell Energy Holding LP LLC, a Delaware limited liability company with its principal place of business in Houston, Texas.

4.    Shell Energy Holding GP LLC and Shell Energy Holding LP LLC are owned 100% by Shell US E&P Investments LLC, a Delaware limited liability company.

5.    Shell US E&P Investments LLC is owned 100% by Shell Oil Company.

3

Dated this 23rd day of April, 2008.

SHELL CHEMICAL LP d/b/a SHELL CHEMICAL COMPANY, Defendant

By: s/ Janice Holmes
    Robert M. Slovek #17798
    Janice Holmes #23525
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2186
    (402) 346-6000

    and

    Larry J. Chilton, pro hac vice
    Courtney D. Carter, pro hac vice
    Chilton Yambert & Porter LLP
    150 South Wacker Drive, Suite 2400
    Chicago, IL 60606
    (312) 460-8000

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically transmitted to the Clerk of the Court by using the CM/ECF system the foregoing **Defendant Shell Chemical Company's Supplemental Corporate Disclosure**, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Rod Rehm<br>rodrehm@rehmlaw.com<br>REHM, BENNETT & MOORE<br>3701 Union Drive, Suite 200<br>Lincoln, NE 68516<br>(402) 474-2300 | Donald P. Dworak<br>ddworak@stinson.com<br>STINSON MORRISON HECKER LLP<br>1299 Farnam Street<br>Suite 1501<br>Omaha, NE 68102<br>(402) 342-1700 |
| George P. Pappas<br>gpappas@sswpc.com<br>Sheey, Serpe, & Ware, a professional corporation<br>909 Fannin Street, Suite 2500<br>Houston, TX 77010-1003 | William S. Booth<br>bbooth@eimerstahl.com<br>Scott C. Solberg<br>ssolberg@eimerstahl.com<br>Eimer, Stahl, Klevron & Solberg LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>312-660-7600 |
| Lonny L. Walters<br>Christin A. DiMartino<br>Walters Law Firm<br>105 East 5th Street<br>Suite 401<br>Kansas City, MO 64106 | Walter E. Zink<br>wzink@baylorevnen.com<br>BAYLOR, EVNEN, CURTISS, GRIMIT & WITT, LLP<br>1248 O Street<br>Suite 600<br>Lincoln, NE 68508<br>(402) 458-2105 |
| William R. Johnson<br>wjohnson@ldmlaw.com<br>10306 Regency Parkway Drive<br>Omaha, NE 68114<br>(402) 397-7300 | |
| Wesley A. Weathers<br>wes@wrslaw.net<br>Weathers, Riley & Sheppeard LLP<br>4848 S.W. 21st Street<br>P.O. Box 67209<br>Topeka, KS 66667<br>785-273-2020 | _____s/Janice Holmes<br>Janice Holmes |

4810-8270-3106.1