# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | ) ) ) | |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | ) ) ) | |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | ) ) ) | Case No.  8:07-CV-85 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **ORDER OF DISMISSAL** **WITHOUT PREJUDICE** |
| BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, MCKESSON CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO.., SHELL OIL CO., UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL CORP. | ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

Upon consideration of the Plaintiffs' Motion to Dismiss McKesson Corporation Without Prejudice (Filing No. 147), and for good cause shown, it is hereby ORDERED that McKesson Corporation is dismissed without prejudice.

Dated this 16th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

431141