**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CARYL VONDRA, et al.,** | ) | |
| | ) | **8:07CV85** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHEVRON U.S.A., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Following a conference with counsel on July 11, 2008, pursuant to Fed. R. Civ. P. 16, concerning matters of importance in scheduling this case,

**IT IS ORDERED:**

1.   **Motion Discovery:**

All depositions, interrogatories, requests for admission and requests for production or inspection relevant to any motions for summary judgment on the bulk supplier and/or sophisticated user doctrines shall be completed **on or before October 31, 2008**.

2.   Any motion for summary judgment based on the bulk supplier and/or sophisticated user doctrines shall be filed **on or before November 28, 2008**.

Counsel are reminded of the provisions of NECivR 7.1(I) and 56.1.

3.   A telephone conference with the undersigned magistrate judge will be held **within ten (10) working days** of the court's resolution of the summary judgment motions, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.  **Plaintiff's counsel or plaintiff shall** schedule and initiate the telephone conference.

DATED this 11th day of July, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge