IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARYL VONDRA, *et al.*,                        )
                                               )
                Plaintiffs,                    )
                                               )          Case:  8:07-cv-85
        v.                                     )
                                               )
BARTON SOLVENTS, INC., *et al.*,               )          CERTIFICATE OF SERVICE
                                               )
                Defendants.                    )

## CERTIFICATE OF SERVICE

Defendant CITGO Petroleum Corporation, ("CITGO"), pursuant to Local Rule 33.1(e),

hereby gives notice that on October 3, 2008, CITGO served its Responses to Plaintiff Corey Ilg's

First Interrogatories, Requests for Admissions, and Requests for Production, by U.S. Mail upon

the parties listed on the attached Service List, and that notice of this Certificate of Service was

also sent to the parties using the CM/ECF system.


DATED:  October 3, 2008                     Respectfully submitted,

                                            By:____/s/  *William S. Booth*_____
                                                    One of Its Attorneys


Scott C. Solberg (ssolberg@eimerstahl.com)       Don Dworak (ddworak@stinson.com)
William S. Booth (bbooth@eimerstahl.com)         STINSON MORRISON HECKER LLP
EIMER STAHL KLEVORN & SOLBERG LLP                1299 Farnam Street
224 South Michigan Avenue, Suite 1100            Omaha, Nebraska 68102
Chicago, Illinois 60604                          402-342-1700 (phone)
312-660-7600 (phone)                             402- 829-8708 (fax)
312-692-1718 (fax)

**ATTORNEYS FOR CITGO PETROLEUM CORPORATION**

## SERVICE LIST

**Plaintiffs:**
Lon Walters (lwlaters@walterslaw.com)
Christin DiMartino (cdimartino@walterlaw.com)
The Walters Law Firm, LLC
105 E. 5th Street, Suite 401
Kansas City, MO 64106

Rod Rehm (rodrehm@rehmlaw.com)
Rehm, Bennett, & Moore PC, LLO
3701 Union Drive, Suite 200
Lincoln, NE 68516
402-474-2300

**Chevron U.S.A., Inc., Shell Chem. L.P.,**
**Shell Oil Co., & Union Oil Co. of California:**
Courtney D. Carter (ccarter@cypylaw.com)
Larry J. Chilton (lchilton@cypylaw.com)
Chilton, Yambert Law Firm
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
312-634-1263
312-460-8299 (fax)

Janice Holmes (janice.holmes@kutakrock.com)
Robert M. Slovek (robert.slovek@kutakrock.com)
Kutak, Rock Law Firm – Omaha
1650 Farnam Street
Omaha, NE 60102-2186
402-346-6000
402-346-1148 (fax)

**Barton Solvents, Inc.:**
George P. Pappas (gpappas@sswpc.com)
Sheehy, Serpe Law Firm
909 Fannin Street, Suite 2500
Houston, TX 77010-1003
713-951-1067
713-951-1199 (fax)

Walter E. Zink, II (wzink@baylorevnen.com)
Baylor, Evnen Law Firm
1248 O Street, Suite 600
Wells Fargo Center
Lincoln, NE 68508
402-475-1075
402-475-9515 (fax)