IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, et al., | ) |
| | )       8:07CV85 |
|     Plaintiffs, | ) |
| | ) |
| vs. | )       ORDER |
| | ) |
| CHEVRON U.S.A., et al., | ) |
| | ) |
|     Defendants. | ) |

This matter is before the court on the plaintiffs' Motion for Leave to File Forth [sic] Amended Complaint (Filing No. 177) and the parties' Joint Motion Pursuant to Stipulation to Extend the Current Scheduling Order (Filing No. 178). Pursuant to the parties' stipulation, both motions are granted as set forth below.

**IT IS ORDERED:**

1. The plaintiffs' Motion for Leave to File Forth [sic] Amended Complaint (Filing No. 177) is granted. The plaintiffs shall have to **on or before November 14, 2008**, to file the Fourth Amended Complaint.

2. The defendants shall have **thirty days** in which to file an answer or otherwise plead to the plaintiffs' Fourth Amended Complaint.

3. **Motion Discovery:** All depositions, interrogatories, requests for admission and requests for production or inspection relevant to any motions for summary judgment on the bulk supplier and/or sophisticated user doctrines shall be completed **on or before December 1, 2008**.

4. Any motion for summary judgment based on the bulk supplier and/or sophisticated user doctrines shall be filed **on or before December 29, 2008**. Counsel are reminded of the provisions of NECivR 7.1(i) and 56.1.

5. A telephone conference with the undersigned magistrate judge will be held **within ten (10) working days** of the court's resolution of the summary judgment motions, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiffs' counsel or plaintiffs shall** schedule and initiate the telephone conference.

DATED this 5th day of November, 2008.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge