IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra,<br><br>WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers,<br><br>COREY ILG, Personal Representative of the Estate of Duane Ilg,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, SHELL CHEMICAL, L.P., d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL CORP.,<br><br>　　　　　Defendants. | Case No. 8:07CV85<br><br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Defendants Shell Oil Company, Union Oil Company of California, Chevron U.S.A., Inc., and Shell Chemical L.P. (collectively "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, and hereby move this Court for an Order of Summary Judgment in its favor on all claims presented by Caryl Vondra, Corey Ilg and William Meyers ("Plaintiffs") in their Fourth Amended Complaint (Filing No. 180) because there is no genuine issue of material fact in relation to such claims and Defendants are entitled to judgment as a matter of law.

Defendants move this Court for an Order of Summary Judgment in its favor on the following bases:

　　　　1.　　　　Plaintiffs did not, as a matter of law, owe Defendants a duty to warn of an unreasonably dangerous condition of the products allegedly manufactured, distributed, supplied

4828-4219-4947.1

or marketed by Defendants where Goodyear was a sophisticated user of the products to which Plaintiffs were allegedly exposed;

2. Defendants are entitled to summary judgment on Plaintiffs' strict liability and implied warranty claims because Defendants did not sell or distribute any defective or "unreasonably dangerous" products to Goodyear, or fail to adopt a reasonable alternative design; and

3. Because there is no evidence to support proximate causation, an essential element of Plaintiffs' claims, Defendants are entitled to summary judgment on all of Plaintiffs' claims as a matter of law.

WHEREFORE Defendants respectfully request the Court enter judgment in favor of Defendants on Plaintiffs' claims, Counts I through V, as a matter of law.

Dated this 29th day of December, 2008.

SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, CHEVRON U.S.A. INC. AND SHELL CHEMICAL LP, Defendants

By s/ Robert M. Slovek
Robert M. Slovek #17798
Janice Holmes #23525
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102 2186
(402) 346-6000

- and -

Larry J. Chilton (*pro hac vice*)
Courtney D. Carter (*pro hac vice*)
Chilton Yambert & Porter LLP
150 S. Wacker Drive Suite 2400 Chicago, IL 60606
(312) 460-8000

## CERTIFICATE OF SERVICE

   I hereby certify that on December 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| *Attorneys for Plaintiffs* | *Attorneys for Defendant Citgo Petroleum Corporation* |
|---|---|
| The Walters Law Firm, L.L.C.<br>Christin DiMartino<br>Lon Walters<br>lwalters@walterslaw.com<br>cdimartino@walterslaw.com | Eimer Stahl Klevorn & Solberg LLP<br>William Booth<br>Scott C. Solberg<br>bbooth@eimerstahl.com<br>ssolberg@eimerstahl.com |
| Rehm, Bennett & Moore, PC, LLO<br>Rod Rehm<br>rodrehm@rehmlaw.com | Stinson Morrison Hecker LLP<br>Donald Dworak<br>ddworak@stinson.com |
| | *Attorneys for Defendant Barton Solvents, Inc.* |
| | Sheehy, Serpe & Ware, P.C.<br>George P. Pappas<br>gpappas@sswpc.com |
| | Baylor, Evnen, Curtiss, Grimit & Witt, LLP<br>Walter E. Zink, II<br>wzink@baylorevnen.com |

            s/Robert M. Slovek
            Robert M. Slovek

4828-4219-4947.1