IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARYL VONDRA, Personal Representative of
the Estate of Melvin Vondra,

WILLIAM MEYERS, Personal Representative
of the Estate of Patricia Meyers,

Case No. 8:07CV85

COREY ILG, Personal Representative of the
Estate of Duane Ilg,

       Plaintiffs,

    v.

ORDER

BARTON SOLVENTS INC., CHEVRON
U.S.A. INC., CITGO PETROLUEM
CORPORATION; MCKESSON
CORPORATION, SHELL CHEMICAL LP,
d/b/a SHELL CHEMICAL CO., SHELL OIL
CO., UNION OIL COMPANY OF
CALIFORNIA d/b/a UNOCAL CORP.,

       Defendants.

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time, Filing No. 212. Upon review of the Motion and being fully advised in the premises,

IT IS ORDERED the Motion for Extension of Time, Filing No. 212, is granted and Defendants shall file their reply brief in support of Defendants' Motion for Summary Judgment on or before February 27, 2009.

Dated this 17th day of February, 2009.

BY THE COURT

**s/ Joseph F. Bataillon**
Chief United States District Judge

4822-2263-1939.1