IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, and COREY ILG, Personal Representative of the Estate of Duane Ilg, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>CHEVRON U.S.A., INC., SHELL CHEMICAL L.P., SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, BARTON SOLVENTS, INC., and CITGO PETROLEUM CORPORATION, <br><br>　　　　　Defendants. | 8:07CV85 <br><br> MEMORANDUM AND ORDER |

　　　This matter is before the court on the defendants' motions for reconsideration, Filing Nos. 218, 220, and 222. Defendants ask the court to reconsider its ruling on defendants' motion for summary judgment, citing the recent case of *Taylor v. American Chemistry Council*, 576 F.3d 16 (1st Cir. 2009). Alternatively, defendants seek certification of a question to the Nebraska Supreme Court. The court has reviewed the case and the parties' respective positions and finds that motion should be denied. There are factual issues that need to be resolved before the legal issues can be addressed.

　　　IT IS ORDERED that the defendants' motions to reconsider or certify (Filing No. 218, Filing No. 220, and Filing No. 222) are denied.

　　　DATED this 20th day of October, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　　Chief District Judge

---

　　　*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.