# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | ) ) ) |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | ) ) ) |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | ) ) ) Case No. 8:07-CV-85 |
| Plaintiffs, | ) ) ) |
| vs. | ) **MOTION TO DISMISS WITH** ) **PREJUDICE** |
| BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, MCKESSON CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO.., SHELL OIL CO., UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL CORP. | ) ) ) ) ) ) ) |
| Defendants | ) ) |

Plaintiff Corey Ilg, Personal Representative of the Estate of Duane Ilg, pursuant to F.R.C.P. 41(a)(2), moves for an Order of Dismissal With Prejudice of Citgo Petroleum Corporation only. In support, Plaintiff Corey Ilg states that Citgo Corporation has no objection to an Order being entered in accordance with this Motion.

Dated this 12th day of April, 2010.

Respectfully submitted,

THE WALTERS LAW FIRM, L.L.C.


By /s/ Christin DiMartino
Christin DiMartino, #58068
Lon Walters, #44321
105 E. 5th Street
Oldham Building, Suite 401
Kansas City, Missouri 64106
Phone: (816) 472-1400
Fax: (816) 472-4433
lwalters@walterslaw.com
cdimartino@walterslaw.com

Rod Rehm
REHM, BENNETT & MOORE, PC, LLO
3701 Union Drive, Suite 200
Lincoln, NE 68516
(402) 474-2300
rodrehm@rehmlaw.com