# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | )<br>)<br>) |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | )<br>)<br>) |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | )  Case No. 8:07-CV-85<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  **MOTION TO DISMISS WITH**<br>)              **PREJUDICE** |
| BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, MCKESSON CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO.., SHELL OIL CO., UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL CORP. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | )<br>) |

Plaintiff Corey Ilg, Personal Representative of the Estate of Duane Ilg, pursuant to F.R.C.P. 41(a)(2), moves for an Order of Dismissal With Prejudice of Citgo Petroleum Corporation only. In support, Plaintiff Corey Ilg states that Citgo Corporation has no objection to an Order being entered in accordance with this Motion.

Dated this 12th day of April, 2010.

Respectfully submitted,

THE WALTERS LAW FIRM, L.L.C.


By /s/ Christin DiMartino
Christin DiMartino, #58068
Lon Walters, #44321
105 E. 5th Street
Oldham Building, Suite 401
Kansas City, Missouri 64106
Phone: (816) 472-1400
Fax: (816) 472-4433
lwalters@walterslaw.com
cdimartino@walterslaw.com

Rod Rehm
REHM, BENNETT & MOORE, PC, LLO
3701 Union Drive, Suite 200
Lincoln, NE  68516
(402) 474-2300
rodrehm@rehmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, April 13, 2010, I electronically transmitted the foregoing Certificate of Service for Motion to Dismiss with Prejudice to the Clerk of the Court by using CM/ECF system which will send notice of electronic filing to the following:

William Booth
Scott C. Stolberg
EIMER, STAHL LAW FIRM
Attorney For: Citgo Petroleum Corporation
224 South Michigan Avenue
Suite 1100
Chicago, IL  60604
Phone: (312) 660-7631
Fax: (312) 692-1718

Donald Dworak
STINSON MORRISON LAW FIRM
Attorney For: Citgo Petroleum Corporation
1299 Farnam Street Suite 1501
Omaha, NE  68102
Phone: (402) 342-1700
Fax: (402) 930-1701

Rod Rehm
Rehm Bennett & Moore
Attorney For: Plaintiff
3701 Union Dr.
Suite 200
Lincoln, NE  68516
Phone: (402) 474-2300
Fax: (402) 420-1508

George P. Pappas
SHEEHY, SEREPE LAW FIRM
Attorney For: Barton Solvents, Inc.
909 Fannin Street Suite 2500
Houston, TX  77010-1003
Phone: (713) 951-1067
Fax: (713) 951-1199

Walter E. Zink, II
Margo Fusselman
BAYLOR, EVNEN LAW FIRM
Attorney For: Barton Solvents, Inc.
1248 O Street, Suite 600
Wells Fargo Center
Lincoln, NE  68508
Phone: (402) 475-1075
Fax: (402) 475-9515

Janice Holmes
Robert M. Slovek
KUTAK, ROCK LAW FIRM
Attorney For: Chevron, USA, Inc.; Shell Chemical L.P.; Shell Oil Company; Union Oil Company of California
1650 Farnam Street
Omaha, NE  68102
Phone: (402) 346-6000
Fax: (402) 346-1148

Larry Chilton
Courtney Carter
CHILTON YAMBERT LAW FIRM
Attorney For: Chevron, USA, Inc.; Shell Chemical L.P.; Shell Oil Company; Union Oil Company of California
150 S. Wacker Drive suite 2400
Chicago, IL  60606
Phone: (312) 460-8000
Fax: (312) 460-8299

       _/s/ Christin DiMartino_____
           Christin DiMartino