# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | ) ) ) |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | ) ) ) |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | ) ) ) Case No. 8:07-CV-85 ) |
| Plaintiffs, | ) ) |
| vs. | ) **ORDER TO DISMISS** ) **WITH PREJUDICE** |
| BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION, MCKESSON CORPORATION, SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO.., SHELL OIL CO., UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL CORP. | ) ) ) ) ) ) ) |
| Defendants | ) ) |

Upon consideration of the Plaintiff Corey Ilg's Motion to Dismiss Citgo Petroleum Corporation with Prejudice (Filing No. 255), and for good cause shown,

IT IS ORDERED that Citgo Petroleum Corporation is dismissed with prejudice.

Dated this 30th day of April, 2010.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge