# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, et al., )<br>)<br>Plaintiffs, )<br>) | 8:07CV85 |
| v. ) | |
| ) | ORDER |
| CHEVRON U.S.A., INC., et al., )<br>) | |
| Defendants. ) | |

Upon notice of settlement given to the magistrate judge on June 7, 2010, by counsel for Chevron U.S.A., Inc.,

**IT IS ORDERED that:**

1. **On or before July 2, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pretrial conference and trial previously scheduled are cancelled and the motion for summary judgment (Filing No. 260) is denied as moot, upon the representation that this case is settled.

DATED this 7th day of June, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge