# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CARYL VONDRA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:07CV85** |
| v. ) | |
| ) | **ORDER** |
| **CHEVRON U.S.A., INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Despite notice of settlement, a telephone status conference with the undersigned magistrate judge and all counsel will remain scheduled for **June 11, 2010, at 11:00 am** Central Daylight Time.  Plaintiffs' counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 8th day of June, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge