## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CARYL VONDRA, et al.,**  )<br>  )<br> **Plaintiffs,**  )<br>  )<br> v.  )<br>  )<br> **CHEVRON U.S.A., INC., et al.,**  )<br>  )<br> **Defendants.**  ) | **8:07CV85**<br><br>**ORDER** |

Despite notice of settlement, a telephone status conference with the undersigned magistrate judge and all counsel will remain scheduled for **June 11, 2010, at 11:00 am** Central Daylight Time.  Plaintiffs' counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 8th day of June, 2010.

              BY THE COURT:

              s/Thomas D. Thalken
              United States Magistrate Judge