IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, COREY ILG, Personal Representative of the Estate of Duane Ilg,<br><br>Plaintiffs,<br><br>v.<br><br>BARTON SOLVENTS INC., CHEVRON U.S.A. INC., CITGO PETROLEUM CORPORATION; MCKESSON CORPORATION, SHELL CHEMICAL, L.P., d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL CORP.,<br><br>Defendants. | Case: 8:07-CV-85<br><br>ORDER |

This matter is before the court on Defendants' Unopposed Motion for Extension of Filing Joint Stipulation for Dismissal (Filing No. 271). Upon consideration,

**IT IS ORDERED**:

1. The Motion for Extension (Filing No. 271) is granted.
2. The parties shall have until July 23, 2010 in which to file a joint stipulation (or other dispositive stipulation) with the Court.

DATED this 12th day of July, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge