IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | Case: 8:07-cv-85 |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| v. | |
| BARTON SOLVENTS INC., CHEVRON U.S.A. INC., SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORIA d/b/a UNOCAL CORP., | |
| Defendants. | |

COME NOW Plaintiffs, CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra; WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers; and COREY ILG, Personal Representative of the Estate of Duane Ilg; and Defendants, **SHELL CHEMICAL LP; SHELL OIL COMPANY; UNION OIL COMPANY OF CALIFORNIA;** and **CHEVRON U.S.A. INC.**, by and through their undersigned attorneys, and hereby submit their Joint Stipulation For Dismissal, With Prejudice.

This Stipulation is filed pursuant to agreement of the parties.

DATED this 5th day of August, 2010.

By /s/ Courtney D. Carter
   Larry J. Chilton (*pro hac vice*)
   Courtney D. Carter (*pro hac vice*)
   CHILTON YAMBERT & PORTER LLP
   150 S. Wacker Drive Suite 2400
   Chicago, IL 60606
   (312) 460-8000
   lchilton@cypylaw.com
   ccarter@cypylaw.com

   - and -

   Robert M. Slovek #17798
   Janice Holmes #23525
   KUTAK ROCK LLP
   The Omaha Building
   1650 Farnam Street
   Omaha, NE 68102-2186
   (402) 346-6000
   robert.slovek@kutakrock.com
   janice.holmes@kutakrock.com

*Counsel for Defendants Shell Oil Company, Union Oil Company of California, Chevron U.S.A. Inc., and Shell Chemical LP*

By /s/ Christin DiMartino
Christin DiMartino, #58068
Lon Walters, #44321
THE WALTERS LAW FIRM, L.L.C
105 E. 5th Street
Oldham Building, Suite 401
Kansas City, Missouri 64106
Phone: (816) 472-1400
Fax: (816) 472-4433
lwalters@walterslaw.com
cdimartino@walterslaw.com

Rod Rehm
REHM, BENNETT & MOORE, PC, LLO
3701 Union Drive, Suite 200
Lincoln, NE 68516
(402) 474-2300
rodrehm@rehmlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, August 05, 2010, I electronically transmitted the foregoing Certificate of Service for Joint Stipulation for Dismissal with Prejudice to the Clerk of the Court by using CM/ECF system which will send notice of electronic filing to the following:

Rod Rehm
Rehm Bennett & Moore
Attorney For: Plaintiff
3701 Union Dr.
Suite 200
Lincoln, NE  68516
Phone: (402) 474-2300
Fax: (402) 420-1508

George P. Pappas
Margo Fusselman
SHEEHY, SEREPE LAW FIRM
Attorney For: Barton Solvents, Inc.
909 Fannin Street Suite 2500
Houston, TX  77010-1003
Phone: (713) 951-1067
Fax: (713) 951-1199

Walter E. Zink, II
BAYLOR, EVNEN LAW FIRM
Attorney For: Barton Solvents, Inc.
1248 O Street, Suite 600
Wells Fargo Center
Lincoln, NE  68508
Phone: (402) 475-1075
Fax: (402) 475-9515

Robert  M. Slovek
Janice Holmes
KUTAK, ROCK LAW FIRM
Attorney For: Chevron, USA, Inc.; Shell Chemical L.P.; Shell Oil Company; Union Oil Company of California
1650 Farnam Street
Omaha, NE  68102
Phone: (402) 346-6000
Fax: (402) 346-1148

Larry Chilton

Courtney Carter
CHILTON YAMBERT LAW FIRM
Attorney For: Chevron, USA, Inc.; Shell Chemical L.P.; Shell Oil Company; Union Oil Company of California
150 S. Wacker Drive Suite 2400
Chicago, IL  60606
Phone: (312) 460-8000
Fax: (312) 460-8299


    _/s/  Christin DiMartino_____
           Christin DiMartino