IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | Case: 8:07-cv-85 |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | **ORDER TO DISMISS WITH PREJUDICE** |
| Plaintiffs, v. | |
| BARTON SOLVENTS INC., CHEVRON U.S.A. INC., SHELL CHEMICAL LP, d/b/a SHELL CHEMICAL CO., SHELL OIL CO., UNION OIL COMPANY OF CALIFORIA d/b/a UNOCAL CORP., | |
| Defendants. | |

Upon consideration of Joint Stipulation For Dismissal With Prejudice (Filing No. 275 ), it is hereby ORDERED that Defendants**, SHELL CHEMICAL LP; SHELL OIL COMPANY; UNION OIL COMPANY OF CALIFORNIA;** and **CHEVRON U.S.A. INC.,** are dismissed with prejudice.

Dated this 5th day of August, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Court Judge