IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | Case: 8:07-cv-85 |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | **NOTICE OF CHANGE OF ADDRESS** |
| Plaintiffs, | |
| v. | |
| BARTON SOLVENTS INC., | |
| Defendants. | |

COMES NOW The Walters Law Firm, Lon Walters and Christin DiMartino, Counsel of record for the Plaintiff, in this action, notifies this court of our new address and contact information as follows:

> The Walters Law Firm
> 23A East Third Street
> Kansas City, MO 64106
> p (816) 472-1400
> f (816) 472-4433

DATED this 24th day of August, 2010.

**THE WALTERS LAW FIRM, L.L.C.**

By /s/ Christin DiMartino
Christin DiMartino, #58068
Lon Walters, #44321
23A East Third Street
Kansas City, Missouri 64106
Phone: (816) 472-1400
Fax: (816) 472-4433
lwalters@walterslaw.com
cdimartino@walterslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, August 24, 2010, I electronically transmitted the foregoing Certificate of Service for Notice of Change of Address to the Clerk of the Court by using CM/ECF system which will send notice of electronic filing to the following:

Rod Rehm
Rehm Bennett & Moore
Attorney For: Plaintiff
3701 Union Dr.
Suite 200
Lincoln, NE  68516
Phone: (402) 474-2300
Fax: (402) 420-1508

George P. Pappas
Margo Fusselman
SHEEHY, SEREPE LAW FIRM
Attorney For: Barton Solvents, Inc.
909 Fannin Street Suite 2500
Houston, TX  77010-1003
Phone: (713) 951-1067
Fax: (713) 951-1199

Walter E. Zink, II
BAYLOR, EVNEN LAW FIRM
Attorney For: Barton Solvents, Inc.
1248 O Street, Suite 600
Wells Fargo Center
Lincoln, NE  68508
Phone: (402) 475-1075
Fax: (402) 475-9515


                         /s/  Christin DiMartino
                            Christin DiMartino