IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | CASE NO. 8:07-cv-85 |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | |
| Plaintiffs, | |
| vs. | |
| BARTON SOLVENTS, INC., | |
| Defendant. | |

COME NOW Plaintiffs, CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, COREY ILG, Personal Representative of the Estate of Duane Ilg, and Defendant, Barton Solvents, Inc. by and through their undersigned attorneys, and hereby submit their Joint Stipulation for Dismissal With Prejudice each party to pay his, her or their own costs for reason that the case has been settled.

DATED this 10th day of September, 2010.

Counsel for Plaintiffs

By: /s/ Christin DiMartino
Christin DiMartino, #58068
Lon Walter, #44321
THE WALTERS LAW FIRM, L.L.C.
23A East Third Street
Kansas City, MO  64106
816/472-1400

Rod Rehm, #13468
3701 Union Drive, Suite 200
Lincoln, NE  68516
402/474-2300

Counsel for Defendant

By: /s/ Walter E. Zink II
Walter E. Zink II, #14669
Baylor, Evnen, Curtiss, Grimit & Witt, LLP
Wells Fargo Center
1248 "O" Street, Suite 600
Lincoln, NE  68508
402/475-1075

George P. Pappas
Sheehy, Serepe Law Firm
909 Fannin Street, Suite 2500
Houston, TX  77010
713/951-1067

CERTIFICATE OF SERVICE

    I hereby certify that on September 10th, 2010, I electronically transmitted the foregoing Joint Stipulation for Dismissal with Prejudice to the4 Clerk of the Court using CM/ECF system which will sent notice of e3lectronic filing to the following:

Christin DiMartino
Lon Walter
THE WALTERS LAW FIRM, L.L.C.
23A East Third Street
Kansas City, MO  64106

Rod Rehm
3701 Union Drive, Suite 200
Lincoln, NE  68516

George P. Pappas
Sheehy, Serepe Law Firm
909 Fannin Street, Suite 2500
Houston, TX  77010

                                                By:    /s/Walter E. Zink II_____
                                                         Walter E. Zink II, #14669