IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARYL VONDRA, Personal Representative of the Estate of Melvin Vondra, | ) ) ) | CASE NO.   8:07-cv-85 |
| | ) | |
| WILLIAM MEYERS, Personal Representative of the Estate of Patricia Meyers, | ) ) ) | ORDER TO DISMISS WITH PREJUDICE |
| | ) | |
| COREY ILG, Personal Representative of the Estate of Duane Ilg, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BARTON SOLVENTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Joint Stipulation for Dismissal With Prejudice (Filing No.

280), it is hereby ordered that Defendant, Barton Solvents, Inc., is dismissed with prejudice each

party to pay his, her, or its own costs.

Dated this 10th day of September, 2010.

BY THE COURT:

/s Joseph F. Bataillon

_____

Chief District Court Judge